1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **OM FINANCIAL LIFE INSURANCE COMPANY,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**GNIA P. VANG AND PA KOU XIONG,**<br><br>        **Defendants.** | **NO. 1:08-CV-01199 AWI GSA**<br><br>**ORDER VACATING FEBRUARY 2, 2009 HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

      Defendant Xiong's motion for summary judgment has been set for hearing in this case on February 2, 2009.   The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 2, 2009, is VACATED, and the parties shall not appear at that time.  As of February 2, 2009, the court will take the matter under submission, and will thereafter issue its decision.


IT IS SO ORDERED.

**Dated:   January 28, 2009**              **/s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE