# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OM FINANCIAL LIFE INSURANCE COMPANY, | ) ) ) | 1:08-cv-1199 GSA |
| Plaintiff, | ) ) ) | ORDER CLOSING CASE IN LIGHT OF STIPULATION OF DISMISSAL |
| v. | ) ) | |
| GNIA P. VANG and PA KOU XIONG, | ) ) ) ) ) | (Doc. 44) |
| Defendants. | ) ) | |

On December 22, 2009, the parties filed a stipulated agreement to the dismissal of this interpleader action and all cross claims and counter claims. (Doc. 44). In light of this stipulation, the Clerk of the Court is directed to immediately disburse the interpled fund by Plaintiff, OM Financial Life Insurance Company, in the above-captioned case, in the amount of $203,322.28, plus accrued interest to Pa Kou Xiong, and mail the check to Robert Howk, Esq. to the following address :

Robert Howk
Law Office of Howk and Downing
4946 E. Yale Suite 103
Fresno, California 93727

The invested funds may be subject to a registry fee at the time of disbursement pursuant to Local Rule 150(h). If the Clerk determines that the registry fee applies, the fee shall be deducted from the amount. After disbursement of the funds, the Clerk of the Court shall close

1

1 | this case as all claims in this action are dismissed with prejudice pursuant to Federal Rule of
2 | Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own costs and fees.

4 |    IT IS SO ORDERED.

5 | **Dated:**   **January 4, 2010**          /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE